# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FLORENCE CHU TUNG and RAYMOND M. SIDNEY,**

    **Plaintiffs,**

**-vs-**              **Case No. 6:07-cv-1158-Orl-31DAB**

**VICTOR J. RAGUCCI,**

    **Defendant.**

_____

## ORDER

This cause comes before the Court on Magistrate Judge's Order to Show Cause (Doc. No. 34) filed June 23, 2008.

On July 8, 2008, the United States Magistrate Judge issued a report (Doc. No. 36) recommending that the Defendant's Answer be stricken and that a default be entered against him for failure to appear at hearings, depositions, or respond to any of the Court's orders. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Answer of the Defendant (Doc. No. 8) is stricken and the clerk is directed to enter a default against the Defendant for abandonment of his defense.

3. The Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 28) and Motion for Sanctions (Doc. No. 30) are DENIED as moot. The Plaintiffs are directed to file their Motion for Default Judgment with supporting affidavits.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 29th day of July, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE