# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FLORENCE CHU TUNG and RAYMOND M. SIDNEY,**

     **Plaintiffs,**

**-vs-**                 **Case No. 6:07-cv-1158-Orl-31DAB**

**VICTOR J. RAGUCCI,**

     **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **SECOND CORRECTED MOTION FOR ENTRY OF FINAL JUDGEMENT BY DEFAULT (Doc. No. 44)**
>
> **FILED:**   July 31, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

   In a multi-count Complaint, Plaintiffs sued Defendant, alleging, among other things, fraud and civil theft (Doc. No. 1). Specifically, in Count III, Plaintiffs assert that Defendant violated Florida Statutes, Ch. 772 (Florida's Civil Theft Act), and, as a result, allege that Defendant is liable for treble damages in a sum certain: $21 million for Plaintiff Sidney; $3.15 million for Plaintiff Chu. As a default has been entered by the Clerk pursuant to the Court's direction (Doc. Nos. 38 and 39) and the instant motion seeks a judgment on the claim where a sum certain is specified in the Complaint and

in the papers supporting the motion, the entry of a default judgment in the amounts stated is appropriate. *See* Rule 55(b)(1), Federal Rules of Civil Procedure.

It is therefore **respectfully recommended** that the motion be granted and final judgment be entered in the amount of $3,150,000, in favor of Plaintiff Chu, and $21,000,000, in favor of Plaintiff Sidney, and that Plaintiffs receive their costs of action.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 20, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy