# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FLORENCE CHU TUNG and RAYMOND M. SIDNEY,**

      **Plaintiffs,**

**-vs-**                                                      **Case No. 6:07-cv-1158-Orl-31DAB**

**VICTOR J. RAGUCCI,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiffs' Second Corrected Motion for Entry of Final Judgment by Default (Doc. No. 44) filed on July 31, 2008.

On August 20, 2008, the United States Magistrate Judge issued a report (Doc. No. 46) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Second Corrected Motion for Entry of Final Judgment by Default is **GRANTED**.

3. The Clerk is directed to enter judgment in the amount of $3,150,000.00 in favor of the Plaintiff Florence Chu Tung and in the amount of $21,000,000.00 in favor of Plaintiff Raymond M. Sidney, against the Defendant Victor J. Ragucci. Plaintiffs shall also receive their costs of action in prosecuting this lawsuit.

   4.  The Clerk is directed to close the file

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on 9th day of September, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE