# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FLORENCE CHU TUNG and RAYMOND
M. SIDNEY,

                    **Plaintiffs,**

-vs-                                      **Case No.  6:07-cv-1158-Orl-31DAB**

VICTOR J. RAGUCCI,

                    **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY'S FEES (Doc. No. 58)** |
| **FILED:** | **November 12, 2008** |

_____

**THEREON** it is **ORDERED** that the motion is **GRANTED**, **in part** and **DENIED, in part**.

The motion, which is unopposed, seeks an Order directing the Clerk to "make payment" of the attorney's fee provided for by Florida law.  The Clerk of this Court does not collect the fee or administer payment to Garnishee's attorney, however, so the motion is **denied, to the extent it seeks payment from the Clerk.**  To the extent the motion can be interpreted as seeking the statutorily required fee from *Plaintiffs*, however, it is **granted.**  Plaintiff shall tender the fee to Garnishee's attorney within 10 days of this Order.

As other Garnishees have also requested the attorney's fee payment (in their answers to the Writ), Plaintiffs are **ORDERED** to file a status report on each and every writ of garnishment issued

in this case, setting forth the substance of the responses filed by the Garnishee (if any) and Defendants (if any), what additional proceedings are desired or required (if any), indicating whether Plaintiffs have satisfied the attorney's fee request or whether an Order of the Court is necessary, and, to the extent additional proceedings are desired, Plaintiffs shall confer with the Garnishees and Defendants regarding the type of proceeding desired, and suggestions regarding scheduling.  The status report shall be filed no later than January 14, 2009.

  **DONE** and **ORDERED** in Orlando, Florida on December 29, 2008.

    *David A. Baker*
    DAVID A. BAKER
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-